IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:18CR3090 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANTONIO AGUILAR ESCOBAR, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's Unopposed Motion to Extend Time to File Objection to Denial of Motion to Dismiss (filing no. 51) is granted. Defendant's objection shall be filed on or before April 19, 2019.

Dated April 5, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge